UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL LEE LAUER,

                    Plaintiff,

        v.

KING COUNTY JAIL STAFF, et al.,

                    Defendants.

CASE NO. 2:25-CV-2416-JHC-DWC

REPORT AND RECOMMENDATION

Noting Date: March 9, 2026

The District Court has referred this prisoner civil rights action to United States Magistrate Judge David W. Christel. This matter is currently on review following Plaintiff Daniel Lee Lauer's failure to file an amended complaint curing the deficiencies in his proposed complaint by the court-imposed deadline. *See* Dkt. 7. Given Plaintiff's failure to timely amend and cure his deficiencies, the undersigned finds he has failed to properly prosecute and recommends this action be dismissed without prejudice.

## I.   Discussion

Plaintiff, proceeding *pro se* and *in forma pauperis*, initiated this action on November 21, 2025. *See* Dkts. 1, 4. In his complaint filed pursuant to 42 U.S.C § 1983, Plaintiff alleged constitutional violations arising out of the conditions of confinement at King County Jail. Dkt. 6.

REPORT AND RECOMMENDATION - 1

On January 9, 2026, the Court screened and declined to serve the complaint in light of Plaintiff's failure to state a colorable claim for relief. Dkt. 7. The Court instructed Plaintiff on the deficiencies in his complaint and gave Plaintiff the opportunity to cure by filing an amended complaint. *Id.* Plaintiff was also informed that failure to file an amended complaint adequately addressing the issues identified by the Court would result in a recommendation this action be dismissed. *Id.* at 6.

More than two weeks have passed since the February 9, 2026 deadline expired, and Plaintiff has neither filed an amended complaint nor sought an extension of time to do so. *See docket.* As a result, Plaintiff has not complied with the Court's Order, and he has failed to properly prosecute this case.

**II.    Conclusion**

For the above-stated reasons, the Court recommends this action be dismissed without prejudice.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 9, 2026**.

Dated this 23rd day of February, 2026.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2