UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL LEE LAUER,

                Plaintiff,

    v.

KING COUNTY JAIL STAFF, et al.,

                Defendants.

CASE NO. 2:25-CV-2416-JHC-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed de novo the Report and Recommendation of Magistrate Judge David W. Christel (Dkt. # 8), and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation, to which no objection was filed.

(2)    Plaintiff has failed to cure his pleading deficiencies by the required deadline. This action is DISMISSED without prejudice for failure to state a claim and comply with a court order.

(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 10th day of March, 2026.

_John H. Chun_
JOHN H. CHUN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1